**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

OMAR ALMUSA, M.D.,            :   No. 409 MAL 2023
                                     :
           Petitioner        :
                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the
           v.                :   Commonwealth Court
                                     :
                                     :
STATE BOARD OF MEDICINE,     :
                                     :
           Respondent     :

**ORDER**

**PER CURIAM**

      **AND NOW**, this 3rd day of April, 2024, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

(1)      Did the Commonwealth Court err when it concluded that Sections 40(b) and 43(b) of the Medical Practice Act [of 1985], 63 P.S. §§ 422.40(b) and 422.43(b), impose a minimum [10]-year automatic suspension for a felony drug conviction and do not require distinct and separate [State Board of Medicine] actions?

(2)      Did the Commonwealth Court err when it concluded that granting Dr. Almusa a reinstatement hearing would constitute a retroactive application of [Section 3113(f) of the Act of July 1, 2020, P.L. 575 (Act 53), 63 Pa. C.S. § 3113(f)]?

(3)      Does the rule of lenity support granting Dr. Almusa a reinstatement hearing?